**In re Andrew Clifford MOORE, Debtor.**

**George E. McDermott, Appellant,**

v.

**Andrew Clifford Moore, Appellee,**

**and**

**Office of the United States Trustee, Party-in-interest.**

**No. 01–2497.**

United States Court of Appeals, Fourth Circuit.

Submitted April 25, 2002.

Decided May 1, 2002.

Janet Marsha Nesse, Riley & Artabane, Washington, D.C., for Appellant.

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

George E. McDermott appeals from the district court's order denying his motion pursuant to Fed.R.Civ.P. 60(b)(3), to reopen a case in the district court due to fraud. We have reviewed the record and the district court's opinion and find no abuse of discretion and no reversible error. Accordingly, we affirm on the reasoning of the district court. *See McDermott v. Moore,* Nos. CA–95–3904–MJG; BK–88–42746–PM (D.Md. Nov. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*